

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIK MARTINEZ-ROMERO, <br><br> Defendant. | Case No. ED 10-106 M <br><br> ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **DISTRICT OF IDAHO** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • **UNKNOWN COMMUNITY TIES; UNKNOWN BAIL RESOURCES;**

1

1 <u>PRIOR DEPORTATIONS; ASSOCIATED WITH MULTIPLE</u>
2 <u>IDENTIFIERS; UNDOCUMENTED IMMIGRATION STATUS</u>
3 and/or
4 B.   ( )   The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7 finding is based on: _____
8 _____
9 _____
10 _____.
11
12        IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED: 5/5/10

                                          _____
                                          DAVID T. BRISTOW
                                          UNITED STATES MAGISTRATE JUDGE